No. 77–435. SWANSON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 77–438. BOLDRIDGE ET UX. v. ESTATE OF KEIMIG. Sup. Ct. Kan. Certiorari denied.

No. 77–439. EKMANIAN ET AL. v. MARSHALL, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 77–445. KENNY ET AL., EXECUTORS v. SANFILIPPO ET AL.; and

No. 77–451. SANFILIPPO ET AL. v. KENNY ET AL., EXECUTORS. C. A. 3d Cir. Certiorari denied.

No. 77–468. GOOCH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–472. BUR v. BREIER ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–482. CONKLIN ET AL. v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–492. GREENBERG v. BURMAH OIL Co., LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–494. GEMEINDE BRAU, INC., ET AL. v. AMANA SOCIETY ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–496. CARGILE ET AL. v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.